1  The Law Offices of JUDITH S. LELAND
   A Professional Law Corporation
2  8345 E. Firestone Blvd., Suite 300
   Downey, CA 90241
3  (562) 904-6955 (562) 904-6965 Fax
   JUDITH S. LELAND (State Bar No: 63747)
4  E-mail:  tracey@disabilitylawfirm.com

5  Attorney for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                         WESTERN DIVISION

11  SHANNON SANTANA,               )  CIVIL NO. CV 11-7340- MLG
                                   )
12      Plaintiff,                 )  [PROPOSED] ORDER AWARDING
                                   )  EQUAL ACCESS TO JUSTICE ACT
13      v.                         )  ATTORNEY FEES PURSUANT TO
                                   )  28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,             )
    Commissioner of Social Security, )
15                                 )
        Defendant.                 )
16  _____ )

17

18      Based upon the parties' Stipulation for the Award and Payment of Equal Access to

19  Justice Act Fees, IT IS ORDERED that fees in the amount of THREE THOUSAND

20  DOLLARS ($3,000.00), as authorized by 28 U.S.C. § 2412(d), be awarded subject to the

21  terms of the Stipulation.

22

23
                                        MARC L. GOLDMAN
24  Dated: July 2, 2012          _____

25                               MARC L. GOLDMAN
                                 UNITED STATES MAGISTRATE JUDGE
26

27

28